UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-1354 JGB(JC) | Date | March 29, 2013 |
|---|---|---|---|
| Title | Pedro Trejo v. Greg Lewis | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none | none |

**Proceedings:**        (IN CHAMBERS)

**ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO FILE SIGNED/VERIFIED PETITION**

On February 25, 2013, petitioner Pedro Trejo ("petitioner"), a prisoner in state custody and proceeding pro se, filed a federal petition for writ of habeas corpus (the "Petition"). Petitioner failed to sign the Petition verifying under penalty of perjury that the contents of the Petition are true and correct. See Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts (requiring petition to be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242).

Accordingly, on February 28, 2013, this court issued an order (the "February Order") directing petitioner, on or before March 14, 2013, to file a copy of the Petition which bears his signature on the signature line at the bottom of page 8 of the preprinted form, verifying under penalty of perjury, that the contents of the Petition are true and correct. The February Order expressly cautioned petitioner that the failure timely to comply with such order may result in a recommendation that this action be dismissed based on the failure to verify the Petition and/or on petitioner's failure to prosecute. Although petitioner's deadline to file a signed/verified copy of the Petition has now expired, petitioner has failed to file a signed/verified Petition.

IT IS ORDERED that petitioner shall show cause in writing, on or before **April 18, 2013**, why the Petition should not be dismissed based upon petitioner's failure to sign and verify it, and why this action should not be dismissed based upon petitioner's failure to prosecute.

**Petitioner is cautioned that the failure timely to comply with this order and/or to show good cause may result in the dismissal of this action based upon the lack of a signed/verified Petition and/or for failure to prosecute.**

IT IS SO ORDERED.

|  | Initials of Deputy Clerk | hr |
|---|---|---|