**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PEDRO TREJO,                              ) NO. CV 13-1354-JGB(E)
                                          )
          Petitioner,                     )
                                          )      ORDER ACCEPTING FINDINGS,
     v.                                   )
                                          )   CONCLUSIONS AND RECOMMENDATIONS
GREG LEWIS, Warden,                       )
                                          )   OF UNITED STATES MAGISTRATE JUDGE
          Respondent.                     )
                                          )
_____)


     Pursuant to 28 U.S.C. section 636, the Court has reviewed the

Petition, all of the records herein and the attached Report and

Recommendation of United States Magistrate Judge.  The Court accepts

and adopts the Magistrate Judge's Report and Recommendation.


     IT IS ORDERED that Judgment be entered denying and dismissing the

Petition with prejudice.

///

///

///

///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on Petitioner and counsel for Respondent.

4

5      LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7      DATED:  ____January 9, 2014.

8

9

10  _____

11              JESUS G. BERNAL
        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28